

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

FILED
JUN -7 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

*Hal Goldsmith*
*Assistant United States Attorney*

*Thomas F. Eagleton U.S. Courthouse*
*111 S. 10ᵗʰ Street, Rm. 20.333*
*St. Louis, MO 63102*

Telephone: (314) 539-2200
Fax: (314) 539-2777

June 7, 2022

Mr. Gregory J. Linhares, Clerk
United States District Court
111 S. 10ᵗʰ Street
St. Louis, MO 63102

    Re:    United States v. Anthony "Tony" Weaver, Sr.
              4:22-cr-00298 SRC/JMB

Mr. Linhares:

       The indictment above returned by the United States Grand Jury in the above captioned case on May 25, 2022, was ordered suppressed pending the apprehension of the defendant named herein.

       We are now informed that the indictment regarding the above defendant is no longer in need of being suppressed, therefore, the suppression of the indictment may be lifted. It is, therefore, directed that such be done.

                                          Very truly yours,

                                          SAYLER A. FLEMING
                                          United States Attorney

                                          /s/ Hal Goldsmith
                                          HAL GOLDSMITH, #32984MO
                                          Assistant United States Attorney