**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **Cause No.: 4:22CR298 SRC/SPM** |
| **v.** | ) |
| | ) |
| | ) |
| **ANTHONY "TONY" WEAVER, SR.,** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT ANTHONY "TONY" WEAVER  SR. REQUEST FOR DISCOVERY

COMES NOW Defendant **ANTHONY "TONY" WEAVER SR.**, by and through counsel Timothy J. Smith, and respectfully requests the following within five days and throughout the duration of this cause, the following:

1. The names and the last known addresses of persons whom the U.S. Government intends to call as witnesses at an hearing or trial, together with their written or recorded statements and existing memoranda reporting or summarizing part or all of their oral statements;

2. Any written or recorded statements and the substance of any oral statements made by the Defendant or by a co-Defendant, a list of witnesses to the making, and a list of witnesses to the acknowledgment, of such statements, and the last known addresses of such witnesses;

3. Those portions of any existing transcript of grand jury proceedings which relate to the offense which with Defendant is charged, containing testimony of Defendant, co-Defendants or person whom the state intends to call as witnesses at any hearing or trial.

4. Any existing transcript of the preliminary hearing or any prior trial in Defendant's case if such is in the possession of the U.S. Government or available to the U.S. Government.

5.  Any reports of statements of experts made in connection with case, including results of any type of physical, mental or scientific testing conducted regarding this case or the Defendant and all underlying notes of such experts;

6.  Any books, papers, documents, photographs or objects which the U.S. Government intends to introduce into evidence at any time or which were obtained from or belong to the Defendant;

7.  Any record of any prior criminal convictions of persons the U.S. Government intends to call as witnesses at any hearing or the trial;

8.  A written statement by counsel for the U.S. Government setting forth all facts relating to the time, place and persons conducting any type of photographic or electronic surveillance relating to this charged offense;

9.  Any and/or all police reports pertaining to said case, existing transcripts, materials, and/or information within the possession or control of the U.S. Government or its agents which may or may not negate the guilt of the Defendant as charged, mitigate the degree of the offense charged, or reduce punishment.

Respectfully submitted:

RUDMAN & SMITH, LLC

   _/s/ Timothy J. Smith_____
Timothy J. Smith, #48655(MO)
2611 South Big Bend Blvd.
St. Louis, MO 63143
T: (314) 645-7246
F: (314) 645-4156
E: tjsmith@rudmansmithlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify on this 9th day of June 2022, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system.

   _/s/ Timothy J. Smith__