UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)  Cause No.: 4:22CR298 SRC/SPM<br>v. )<br>)<br>)<br>ANTHONY "TONY" WEAVER, SR., )<br>)<br>    Defendant. ) | |

## MOTION FOR CONTINUANCE OF FILING OF PRETRIAL MOTIONS

COMES NOW Defendant **ANTHONY "TONY" WEAVER, SR.**, by and through counsel, Attorney Timothy J. Smith, of Rudman & Smith, LLC., and respectfully requests that filing of Pretrial Motions be continued for said cause for forty-five (45) days. Counsel states for reason as follows:

1. Additional time is needed to review discovery materials received on behalf of the Defendant;

2. Certain pretrial delays are automatically excluded from the Speedy Trial Act's time limits, such as delays caused by pretrial motions. In *Henderson v. United States,* 476 U.S. 321 330 (1986), the Supreme Court held that §3161(h)(1)(F) excludes "all time between the filing of a motion and the conclusion of the hearing on that motion, whether or not a delay in holding that hearing is reasonably necessary.

Respectfully submitted:

RUDMAN & SMITH, LLC

    /s/ Timothy J. Smith
Timothy J. Smith, #48655(MO)
2611 South Big Bend Blvd.
St. Louis, MO 63143
T: (314) 645-7246
F: (314) 645-4156
E: tjsmith@rudmansmithlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify on this 19th day of September 2022; the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system.

                                                                                           */s/ Timothy J. Smith*
                                                                                      Timothy J. Smith, #48655(MO)

Case: 4:22-cr-00298-SRC-SPM   Doc. #:  24   Filed: 09/19/22   Page: 2 of 2 PageID #: 62