# Letter in Support of Anthony Tony Weaver Sr

## Honorable Judge Clark

## U.S. District Court, Eastern District of Missouri

01/23/2023

Greetings Honorable Judge Clark,

My name is Maria Miller, I live in St. Louis, Mo. I am employed for a Finance Company in St. Charles, Mo. I am also founder of Our Lives Matter a local non for profit that advocates against gun violence in St. Louis City and County, and an activist for those sentenced inside St. Louis City and County Courts wrongly convicted and incarcerated in Missouri Department of Corrections for fair and humane treatment.

I met Mr. Weaver over 15 years ago as he mentored and supporting, providing leadership and guidance to young men and women in North County inside Hazelwood School District. Over the many years he has remained engaged and very active, and supportive to many families keeping the youth on track and make positive decisions as well as making sure they are receiving fair treatment inside the schools and community. Weaver has served as a positive role model in many lives young and old. I have the upmost respect for him. His dedication and passion are what I admire the most about him. We all make mistakes, the mistakes should not be measured on the circumstance, more so on the character of a person, and the impact they have made on lives in the community.

I have witnessed Mr. Weaver always in the community giving back, while helping individuals make positive change. He has provided numerous opportunities for the youth with employment and staying on the right track, staying in school, and graduating. Always going the extra mile standing up for what is right. He has stepped in and helped families keeping children out of trouble, and from getting expelled from school, and disqualified from being athletes.

Over the years that I have known Mr. Weaver I know without a shadow of a doubt he has mentored, supported, and impacted more lives than he has hurt. There are many people that can say how he has positively impacted them. I am requesting at the mercy of the courts for grace and for his good deeds to be measured and weighed more than the conviction. I am asking for a second chance and allow him to right his wrongs. I thank you for your time. If you have any questions, please don't hesitate to reach out.

Thank You,

Maria Miller

Mywayout2018@gmail.com

314-922-5115

Good Morning,

       My name Janel Lewis I am currently living in Saint Louis, in which I work at Saint Louis County Corrections as an officer. I have gained the pleasure of meeting Mr. Weaver in 2022 when I returned from a work related injury and was placed on light duty. My first impression was taken off because I never met another co-worker who was filled with so much excitement towards the work place and making changes. He made communicating with him always easy and always offered programs or management that can help with different areas for information. I have worked with St Louis County for 4 years now and within my first year while still on probation I endured countless work place harassment and isolation from my peers. This made reporting incidents uncomfortable because when I would report things it would be overlooked, they would make me feel like it was my fault for why I was being targeted and etc. This caused me to shut down from all of my staff members and have to document on a daily any harsh interactions placed against me, in which only occurred due to me reporting a supervisor for false reports.

       Mr. Weaver has showed within a year that staff can be trusted and even made me feel comfortable talking more with the director about concerns. I have constantly observed him creating an open door policy to all staff to help them better address concerns and problems due to either being personal or work related. He has made multiple efforts with creating a safe work environment even while the director was away and readdressing concerns down the line. Despite the allegation's or charges against him he, he has always shown nothing more than care and support for St Louis County Corrections and making a difference as the change coordinator.