# Washington University in St. Louis
## SCHOOL OF MEDICINE

### Department of Radiation Oncology

**Clinical Division**

Dennis E. Hallahan, MD
Elizabeth H and James S McDonnell III
Distinguished Professor and Chair

Jeff M. Michalski, MD, MBA
Vice Chair and Director
of Clinical Programs

Christopher D. Abraham, MD
Anthony J. Apicelli, MD
Shahed N. Badiyan, MD
Brian Baumann, MD
Carmen Bergom, MD, PhD
Aadel Chaudhuri, MD, PhD
Jessika Contreras, MD
Carl DeSelm, MD, PhD
Hiram A. Gay, MD
Lannis Hall, MD, MPH
Jiayi Huang, MD
Hyun Kim, MD
Susan Leduzinsky, MD
Jason Lee, MD, PhD
Stephanie Markovina, MD, PhD
Michael J. Moravan, MD, PhD
Stephanie Perkins, MD
Clifford G. Robinson, MD
Pamela Samson, MD
Julie K. Schwarz, MD, PhD
Maria A. Thomas, MD, PhD
Wade L. Thorstad, MD
Gregory Vlacich, MD
Joanna C. Yang, MD, MPH
Imran Zoberi, MD

Mr. Smith,

Apologies for the delay in answering your questions, but here they are.

1. Diagnosis: Prostate cancer
2. What stage: Stage IVA
3. How quickly is it spreading: Unable to say.
4. Treatment plan: Radiation therapy with 2 years of androgen deprivation therapy.
5. Why it is better to get treatment with my staff vs. Bureau of Prisons: Mainly that we are in the process of working up the patient and switching treatment teams could result in further treatment delays.
6. Prognosis with vs. without treatment: NCCN guidelines recommend treatment for patients that have a projected survival outside of their prostate cancer of greater than 5 years. If the patient was not treated, then his disease would continue to progress and eventually metastasize, which would make it terminal.
7. Treatment duration: Daily radiation treatments for up to 9 weeks. Androgen deprivation therapy for 2 years.
8. When should Mr. Weaver's sentence start: He should be able to start after the conclusion of his radiation treatments.

I hope that is helpful. Please let me know if you require any additional information.

Best,

Michael J. Moravan, MD, PhD
Assistant Professor
Department of Radiation Oncology
Washington University in St. Louis

**SITEMAN CANCER CENTER**
BARNES-JEWISH HOSPITAL • WASHINGTON UNIVERSITY SCHOOL OF MEDICINE
*A National Cancer Institute Comprehensive Cancer Center*

Washington University School of Medicine at Washington University Medical Center,
MSC: 8224-35-LL, 4921 Parkview Place, Lower Level., St. Louis, Missouri 63110, *www.wustl.edu*


EXHIBIT A