# Washington University in St. Louis

## SCHOOL OF MEDICINE

Department of Radiation Oncology

**Clinical Division**

Dennis E. Hallahan, MD
  Elizabeth H and James S McDonnell III
  Distinguished Professor and Chair

Jeff M. Michalski, MD, MBA
  Vice Chair and Director
  of Clinical Programs

Christopher D. Abraham, MD
Anthony J. Apicelli, MD
Shahed N. Badiyan, MD
Brian Baumann, MD
Carmen Bergom, MD, PhD
Aadel Chaudhuri, MD, PhD
Jessika Contreras, MD
Carl DeSelm, MD, PhD
Hiram A. Gay, MD
Lannis Hall, MD, MPH
Jiayi Huang, MD
Hyun Kim, MD
Susan Laduzinsky, MD
Jason Lee, MD, PhD
Stephanie Markovina, MD, PhD
Michael J. Moravan, MD, PhD
Stephanie Perkins, MD
Clifford G. Robinson, MD
Pamela Samson, MD
Julie K. Schwarz, MD, PhD
Maria A. Thomas, MD, PhD
Wade L. Thorstad, MD
Gregory Vlacich, MD
Joanna C. Yang, MD, MPH
Imran Zoberi, MD

Mr. Smith,

Mr. Weaver informed me that his current date for transfer to North Carolina was in early May. This is not compatible with his current treatment plan, as we will not be able to transfer his radiation plan to this center. Therefore, if he begins his radiation therapy in St. Louis, then he needs to stay in this area until it has completed. His options would be to transfer his care to this center prior to the initiation of radiation therapy and have that center manage his radiation treatment from the beginning or, if he would prefer his radiation be performed at Siteman Cancer Center at Notthwest, then I would recommend that he not be transferred until about 6 weeks after his treatment is completed. The current timeline pending his CT simulation is completed on 04/17, is starting radiation treatments on 05/01. I anticipate 44 treatments, which is just under 9 weeks of treatment, so his treatment is estimated to finish on June 30th, assuming no breaks or delays. Typically, we see patients 6 weeks following treatment for an acute toxicity check to ensure that any symptoms are resolving as expected, which would be on August 11th. Following that appointment, assuming that he is doing well, he should be ready for transfer. Please let me know if there any other questions or if you require any additional information.

Best,

Michael J. Moravan, MD, PhD
Assistant Professor
Department of Radiation Oncology
Washington University in St. Louis



SITEMAN CANCER CENTER
BARNES-JEWISH HOSPITAL • WASHINGTON UNIVERSITY SCHOOL OF MEDICINE
*A National Cancer Institute Comprehensive Cancer Center*



EXHIBIT B

Washington University School of Medicine at Washington University Medical Center,
MSC: 8224-35-LL, 4921 Parkview Place, Lower Level., St. Louis, Missouri 63110, *www.wustl.edu*