# Washington University in St. Louis
## SCHOOL OF MEDICINE

Department of Radiation Oncology

**Clinical Division**

Dennis E. Hallahan, MD
 Elizabeth H and James S McDonnell III
 Distinguished Professor and Chair

Jeff M. Michalski, MD, MBA
 Vice Chair and Director
 of Clinical Programs

Christopher D. Abraham, MD
Anthony J. Apicelli, MD
Shahed N. Badiyan, MD
Brian Baumann, MD
Carmen Bergom, MD, PhD
Aadel Chaudhuri, MD, PhD
Jessika Contreras, MD
Carl DeSelm, MD, PhD
Hiram A. Gay, MD
Lannis Hall, MD, MPH
Jiayi Huang, MD
Hyun Kim, MD
Susan Laduzinsky, MD
Jason Lee, MD, PhD
Stephanie Markovina, MD, PhD
Michael J. Moravan, MD, PhD
Stephanie Perkins, MD
Clifford G. Robinson, MD
Pamela Samson, MD
Julie K. Schwarz, MD, PhD
Maria A. Thomas, MD, PhD
Wade L. Thorstad, MD
Gregory Vlacich, MD
Joanna C. Yang, MD, MPH
Imran Zoberi, MD

To whom it may concern,

Mr. Weaver is currently scheduled to complete radiation therapy on 07/18/2023. Unfortunately, his treatment has been delayed due to technical and medical issues, some of which are outside of the patient's control. Even including a couple more unanticipated delays, he should be completed with treatment and ready for transfer on 07/21/2023. Please let me know if there any other questions or if you require any additional information.

Best,

Michael J. Moravan, MD, PhD
Assistant Professor
Department of Radiation Oncology
Washington University in St. Louis



SITEMAN CANCER CENTER
BARNES-JEWISH HOSPITAL • WASHINGTON UNIVERSITY SCHOOL OF MEDICINE

*A National Cancer Institute Comprehensive Cancer Center*

Washington University School of Medicine at Washington University Medical Center,
MSC: 8224-35-LL, 4921 Parkview Place, Lower Level., St. Louis, Missouri 63110, *www.wustl.edu*



EXHIBIT C